UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-21953-CIV-MARTINEZ-OTAZO-REYES

CARELYN FYLLING,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a Liberian Corporation,

    Defendant.
_____/

## VERDICT FORM

We the jury find as follows:

1. Was Defendant, ROYAL CARIBBEAN CRUISES, LTD., negligent and was such negligence a legal cause of loss, injury, or damage to plaintiff CARELYN FYLLING?

   (YES) ✓   NO_____

   **(If your answer to Question 1 is "NO," this ends your deliberations and your verdict is for the defendant. Your foreperson should sign and date the last page of this verdict form).**

   **If your answer to Question 1 is "YES," please answer Question 2.**

2. Was there negligence on the part of Plaintiff, CARELYN FYLLING, that was a legal cause of her loss, injury, or damage?

   (YES) ✓   NO_____

   **If you answered YES to Question 2, please answer question 3. If you answered "NO" to Question 2, please skip Question 3 and answer Questions 4-5.**

1

Case Number: 18-21953-CIV-MARTINEZ-OTAZO-REYES

3. State the percentage of any negligence that you charge to:

   Defendant, ROYAL CARIBBEAN CRUISES, LTD.: __10__ %

   Plaintiff, CARELYN FYLLING: __90__ %

   **TOTAL MUST EQUAL 100%**

   **Please answer Questions 4-5.**

4. What sum of money do you find to be the total amount of Plaintiff CARELYN FYLLING'S damages?

   a. Medical, hospital, and other care expenses to be sustained in the future?

   $ __0__

   b. Lost wages, benefits, and earning capacity sustained in the past?

   $ __0__

   c. Lost wages, benefits, and earning capacity to be sustained in the future?

   $ __0__

   d. Pain and suffering, mental anguish, disability, physical impairment, inconvenience, aggravation of a preexisting disease or physical defect, and/or loss of capacity for the enjoyment of life sustained in the past?

   $ __750,000.00__

   e. Pain and suffering, mental anguish, disability, physical impairment, inconvenience, aggravation of a preexisting disease or physical defect, and/or loss of capacity for the enjoyment of life to be sustained in the future?

   $ __0__

2

Case Number: 18-21953-CIV-MARTINEZ-OTAZO-REYES

**TOTAL COMPENSATORY DAMAGES
OF THE PLAINTIFF, CARELYN FYLLING.**    $ __750,000.00__
*(Add lines 4a-d)*

SO SAY WE ALL this __24th__ day of September, 2021.

_____
FOREPERSON