UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-21953-CIV-MARTINEZ-OTAZO-REYES

CARELYN FYLLING,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD., a
Liberian Corporation

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** was tried before a jury from September 13, 2021 through September 24, 2021. On September 24, 2021, the jury returned a verdict in favor of Plaintiff, Carelyn Fylling, and against Defendant Royal Caribbean Cruises, Ltd, in the amount of SEVENTY-FIVE THOUSAND and 00/100 ($75,000.00) Dollars. On the basis of the verdict, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff, Carelyn Fylling, does have and recover against Defendant, Royal Caribbean Cruises, Ltd., the sum of SEVENTY-FIVE THOUSAND and 00/100 ($75,000.00) Dollars, for which let execution issue.
2. This judgment shall bear interest as provided in 28 U.S.C. § 1961.
3. The Court reserves jurisdiction to tax costs against Defendant under the procedures set forth in Local Rule 7.3 of this Court and pursuant to a bill of costs filed pursuant to 28 U.S.C. § 1920.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of September, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record